# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 19-10139 |
| ) | |
| vs. ) | |
| ) | 18 U.S.C. § 4 |
| CADIE MCALISTER, ) | |
| ) | ...TERN DISTRICT OF TN |
| Defendant. ) | FILED IN OPEN COURT: |
| | DATE: 11/20/19 |
| **INFORMATION** | TIME: 1:59 p.m. |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

On or about the 1st day of February until the 6th day of June, 2019, in the Western District of Tennessee, the Defendant,

**CADIE MCALISTER,**

then a Correctional Officer at the Northwest Correctional Complex ("NWCX"), having knowledge of the actual commission of a felony cognizable by a court of the United States, did conceal the felony offense from law enforcement and did not as soon as possible make the illegal activity known to a judge, agent, or other person in civil or military authority under the United States.

Specifically, defendant McAlister knew that at least one correctional officer committed a deprivation of rights under color of law, a felony violation of Title 18, United States Code, Section 242, by assaulting and injuring an inmate, R.T., on February 1, 2019, and that a correctional officer aided and abetted the commission of the deprivation

of rights under color of law, a felony violation of Title 18, United States Code, Sections 242 and 2, by covering a surveillance camera in order to hide the staff assault of inmate R.T., and defendant McAlister took affirmative steps to conceal these federal crimes by providing paper towels to cover the surveillance camera in the cell, writing incomplete and inaccurate logbook entries, and withholding information from supervisors and investigators.

All in violation of Title 18, United States Code, Section 4.

DATE: 11/20/19

*D. Michael Dunavant*

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY